1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )
                                   )  2:06-cr-0101-MCE
12           Plaintiff,             )
                                   )  STIPULATION AND [PROPOSED] ORDER
13                                  )  CONTINUING STATUS CONFERENCE AND
        v.                         )  EXCLUDING TIME
14                                  )
   SONNY RUDY MARTINEZ, et al.,    )
15                                  )
             Defendants.            )  Hon. Morrison C. England, Jr.
16 _____ )

17

18      The parties request that the status conference currently set
19 for April 25, 2006, be continued to May 30, 2006, and stipulate
20 that the time beginning April 25, 2006, and extending through May
21 30, 2006, should be excluded from the calculation of time under
22 the Speedy Trial Act.  The parties submit that the ends of
23 justice are served by the Court excluding such time, so that
24 counsel for each defendant may have reasonable time necessary for
25 effective preparation, taking into account the exercise of due
26 diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular,
27 counsel for all parties need more time to evaluate a possible
28 plea disposition and information relevant to sentencing.  The

                                    1

1 parties stipulate and agree that the interests of justice served
2 by granting this continuance outweigh the best interests of the
3 public and the defendants in a speedy trial.  18 U.S.C. §
4 3161(h)(8)(A).

                                            Respectfully Submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

Dated:  April 24, 2006         By:/s/ Michael M. Beckwith
                                            MICHAEL M. BECKWITH
                                            Assistant U.S. Attorney

Dated:  April 24, 2006         By:/s/ Matthew C. Bockmon
                                            MATTHEW C. BOCKMON
                                            Attorney for defendant
                                            Sonny Rudy Martinez

Dated:  April 24, 2006         By:/s/ Christopher Hayndn-Myer
                                            CHRISTOPHER HAYDN-MYER
                                            Attorney for defendant
                                            Jessica Mayoral

Dated:  April 24, 2006         By:/s/ Michael B. Bigelow
                                            MICHAEL B. BIGELOW
                                            Attorney for defendant
                                            Joann Ramirez

Dated:  April 24, 2006         By:/s/ Michael D. Long
                                            MICHAEL D. LONG
                                            Attorney for defendant
                                            Loretta Arrendondo

Dated:  April 24, 2006         By:/s/ Candace A. Fry
                                            CANDACE A. FRY
                                            Attorney for defendant
                                            Kelaya Morton

Dated:  April 24, 2006         By:/s/ Lorie J. Teichert
                                            LORIE J. TEICHERT
                                            Attorney for defendant
                                            Jaime Hernandez

**ORDER**

The status conference in case number CR. S-06-0101 MCE, currently set for April 25, 2006, is continued to May 30, 2006, and the time beginning April 25, 2006, and extending through May 30, 2006, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: April 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE