McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SONNY RUDY MARTINEZ, et al.,<br><br>        Defendants. | 2:06-cr-0101 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE AND<br>EXCLUDING TIME<br><br><br><br>Hon. Morrison C. England, Jr. |

The parties request that the status conference currently set for July 18, 2006, be continued to August 29, 2006, and stipulate that the time beginning July 18, 2006, and extending through August 29, 2006, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, counsel for all parties need more time to evaluate a possible plea disposition and information relevant to sentencing.

1

1  The parties stipulate and agree that the interests of justice
2  served by granting this continuance outweigh the best interests
3  of the public and the defendants in a speedy trial.  18 U.S.C. §
4  3161(h)(8)(A).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated:   July 14, 2006          By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney


Dated:   July 14, 2006          By:/s/ Matthew C. Bockmon
                                    MATTHEW C. BOCKMON
                                    Attorney for defendant
                                    Sonny Rudy Martinez


Dated:   July 14, 2006          By:/s/ Christopher Hayndn-Myer
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for defendant
                                    Jessica Mayoral


Dated:   July 14, 2006          By:/s/ Michael B. Bigelow
                                    MICHAEL B. BIGELOW
                                    Attorney for defendant
                                    Joann Ramirez


Dated:   July 14, 2006          By:/s/ Michael D. Long
                                    MICHAEL D. LONG
                                    Attorney for defendant
                                    Loretta Arrendondo


Dated:   July 14, 2006          By:/s/ Candace A. Fry
                                    CANDACE A. FRY
                                    Attorney for defendant
                                    Kelaya Morton


Dated:   July 14, 2006          By:/s/ Lorie J. Teichert
                                    LORIE J. TEICHERT
                                    Attorney for defendant
                                    Jaime Hernandez

**ORDER**

The status conference in case number CR. S-06-0101 MCE, currently set for July 18, 2006, is continued to August 29, 2006, and the time beginning July 18, 2006, and extending through August 29, 2006, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

_____