```
                                              FILED
                                           August 22, 2006
UNITED STATES DISTRICT COURT FOR THE    CLERK, US DISTRICT COURT
                                        EASTERN DISTRICT OF
EASTERN DISTRICT OF CALIFORNIA                CALIFORNIA
                                           DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR S-06-0101 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SONNY RUDY MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SONNY RUDY MARTINEZ , Case No.  CR S-06-0101 MCE , Charge  Title 18 USC § 3606 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X  Bail Posted in the Sum of $  50,000.00

___ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

X  (Other)  with drug testing only by Pretrial Services.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 22, 2006  at  3:20  / pm .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal