McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SONNY RUDY MARTINEZ et al.,<br><br>Defendants. | No. 2:06-cr-0101-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Hon. Morrison C. England, Jr. |

The parties request that the status conference currently set for August 29, 2006, be continued to October 3, 2006, and stipulate that the time beginning August 29, 2006, and extending through October 3, 2006, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, counsel for all parties need more time to evaluate a possible plea disposition and information relevant to sentencing.

1

1  The parties stipulate and agree that the interests of justice
2  served by granting this continuance outweigh the best interests
3  of the public and the defendants in a speedy trial.  18 U.S.C. §
4  3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated:  August 23, 2006          By:/s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney


Dated:  August 23, 2006          By:/s/ Matthew C. Bockmon
                                        MATTHEW C. BOCKMON
                                        Attorney for defendant
                                        Sonny Rudy Martinez

Dated:  August 23, 2006          By:/s/ Christopher Hayndn-Myer
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for defendant
                                        Jessica Mayoral

Dated:  August 23, 2006          By:/s/ Michael B. Bigelow
                                        MICHAEL B. BIGELOW
                                        Attorney for defendant
                                        Joann Ramirez

Dated:  August 23, 2006          By:/s/ Michael D. Long
                                        MICHAEL D. LONG
                                        Attorney for defendant
                                        Loretta Arrendondo

Dated:  August 23, 2006          By:/s/ Candace A. Fry
                                        CANDACE A. FRY
                                        Attorney for defendant
                                        Kelaya Morton

Dated:  August 23, 2006          By:/s/ Lorie J. Teichert
                                        LORIE J. TEICHERT
                                        Attorney for defendant
                                        Jaime Hernandez

**<u>ORDER</u>**

The status conference in case number CR. S-06-0101 MCE, currently set for August 29, 2006, is continued to October 3, 2006, and the time beginning August 29, 2006, and extending through October 3, 2006, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: August 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE