McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06-cr-0101-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| SONNY RUDY MARTINEZ, et al., ) | |
| ) | |
| Defendants. ) | Hon. Morrison C. England, Jr. |

   The parties request that the status conference currently set for October 3, 2006, be continued to October 24, 2006, and stipulate that the time beginning October 3, 2006, and extending through October 24, 2006, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, counsel for all parties need more time to evaluate a possible plea disposition and information relevant to sentencing.

1

1  The parties stipulate and agree that the interests of justice
2  served by granting this continuance outweigh the best interests
3  of the public and the defendants in a speedy trial.  18 U.S.C. §
4  3161(h)(8)(A).

```
                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


Dated:  October 2, 2006        By:/s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney


Dated:  October 2, 2006        By:/s/ Matthew C. Bockmon
                                  MATTHEW C. BOCKMON
                                  Attorney for defendant
                                  Sonny Rudy Martinez


Dated:  October 2, 2006        By:/s/ Christopher Hayndn-Myer
                                  CHRISTOPHER HAYDN-MYER
                                  Attorney for defendant
                                  Jessica Mayoral


Dated:  October 2, 2006        By:/s/ Michael B. Bigelow
                                  MICHAEL B. BIGELOW
                                  Attorney for defendant
                                  Joann Ramirez


Dated:  October 2, 2006        By:/s/ Michael D. Long
                                  MICHAEL D. LONG
                                  Attorney for defendant
                                  Loretta Arrendondo


Dated:  October 2, 2006        By:/s/ Candace A. Fry
                                  CANDACE A. FRY
                                  Attorney for defendant
                                  Kelaya Morton


Dated:  October 2, 2006        By:/s/ Lorie J. Teichert
                                  LORIE J. TEICHERT
                                  Attorney for defendant
                                  Jaime Hernandez
```

**ORDER**

The status conference in case number CR. S-06-0101 MCE, currently set for October 3, 2006, is continued to October 24, 2006, and the time beginning October 3, 2006, and extending through October 24, 2006, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: October 12, 2006

---
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE