1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                ) 2:06-cr-0101-MCE
12         Plaintiff,           )
                                ) STIPULATION AND ORDER
13                              ) CONTINUING STATUS CONFERENCE AND
       v.                       ) EXCLUDING TIME
14                              )
   SONNY RUDY MARTINEZ, et al., )
15                              )
           Defendants.          ) Hon. Morrison C. England, Jr.
16 _____)

17

18      The parties request that the status conference currently set
19 for October 24, 2006, be continued to November 7, 2006, and
20 stipulate that the time beginning October 24, 2006, and extending
21 through November 7, 2006, should be excluded from the calculation
22 of time under the Speedy Trial Act.  The parties submit that the
23 ends of justice are served by the Court excluding such time, so
24 that counsel for each defendant may have reasonable time
25 necessary for effective preparation, taking into account the
26 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In
27 particular, counsel for all parties need more time to finalize
28 and prepare plea dispositions.  The parties stipulate and agree

                                    1

1 that the interests of justice served by granting this continuance
2 outweigh the best interests of the public and the defendants in a
3 speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated:  October 23, 2006       By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney


Dated:  October 23, 2006       By:/s/ Matthew C. Bockmon
                                    MATTHEW C. BOCKMON
                                    Attorney for defendant
                                    Sonny Rudy Martinez

Dated:  October 23, 2006       By:/s/ Christopher Hayndn-Myer
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for defendant
                                    Jessica Mayoral

Dated:  October 23, 2006       By:/s/ Michael B. Bigelow
                                    MICHAEL B. BIGELOW
                                    Attorney for defendant
                                    Joann Ramirez

Dated:  October 23, 2006       By:/s/ Michael D. Long
                                    MICHAEL D. LONG
                                    Attorney for defendant
                                    Loretta Arrendondo

Dated:  October 23, 2006       By:/s/ Candace A. Fry
                                    CANDACE A. FRY
                                    Attorney for defendant
                                    Kelaya Morton

Dated:  October 23, 2006       By:/s/ Lorie J. Teichert
                                    LORIE J. TEICHERT
                                    Attorney for defendant
                                    Jaime Hernandez

**ORDER**

The status conference in case number CR. S-06-0101 MCE, currently set for October 24, 2006, is continued to November 7, 2006, and the time beginning October 24, 2006, and extending through November 7, 2006, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: October 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE