```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  2:06-cr-0101-MCE
12           Plaintiff,          )
                                 )  STIPULATION AND ORDER
13                               )  CONTINUING STATUS CONFERENCE AND
       v.                        )  EXCLUDING TIME
14                               )
    SONNY RUDY MARTINEZ, et al., )
15                               )
             Defendants.         )  Hon. Morrison C. England, Jr.
16  _____)
17
```

18      The parties request that the status conference currently set
19 for November 7, 2006, be continued to December 12, 2006, and
20 stipulate that the time beginning November 7, 2006, and extending
21 through December 12, 2006, should be excluded from the
22 calculation of time under the Speedy Trial Act.  The parties
23 submit that the ends of justice are served by the Court excluding
24 such time, so that the counsel for each party may have reasonable
25 time necessary for effective preparation, taking into account the
26 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In
27 particular, counsel for all parties need more time to finalize
28 and prepare plea dispositions.  The parties stipulate and agree

1

1  that the interests of justice served by granting this continuance
2  outweigh the best interests of the public and the defendants in a
3  speedy trial.  18 U.S.C. § 3161(h)(8)(A).

```
                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated:   November 6, 2006         By:/s/ Michael M. Beckwith
                                     MICHAEL M. BECKWITH
                                     Assistant U.S. Attorney


Dated:   November 6, 2006         By:/s/ Matthew C. Bockmon
                                     MATTHEW C. BOCKMON
                                     Attorney for defendant
                                     Sonny Rudy Martinez

Dated:   November 6, 2006         By:/s/ Christopher Hayndn-Myer
                                     CHRISTOPHER HAYDN-MYER
                                     Attorney for defendant
                                     Jessica Mayoral

Dated:   November 6, 2006         By:/s/ Michael B. Bigelow
                                     MICHAEL B. BIGELOW
                                     Attorney for defendant
                                     Joann Ramirez

Dated:   November 6, 2006         By:/s/ Michael D. Long
                                     MICHAEL D. LONG
                                     Attorney for defendant
                                     Loretta Arrendondo

Dated:   November 6, 2006         By:/s/ Candace A. Fry
                                     CANDACE A. FRY
                                     Attorney for defendant
                                     Kelaya Morton

Dated:   November 6, 2006         By:/s/ Lorie J. Teichert
                                     LORIE J. TEICHERT
                                     Attorney for defendant
                                     Jaime Hernandez
```

**ORDER**

The status conference in case number CR. S-06-0101 MCE, currently set for November 7, 2006, is continued to December 12, 2006, and the time beginning November 7, 2006, and extending through December 12, 2006, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: November 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3