DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SONNY RUDY MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-00101-MCE |
| Plaintiff, | |
| v. | REQUEST FOR ORDER AND ORDER EXONERATING BOND |
| SONNY RUDY MARTINEZ, | |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

On or about March 17, 2006, a $50,000 appearance bond, secured by a deed of trust against the real property of Ramon L. Hernandez and Mary Hernandez, husband and wife, and Oscar Sandoval, a single man, as joint tenants, 6600 - 24th Street, Sacramento, California 95822, was posted on behalf of defendant Sonny Rudy Martinez, in Case No. CR-S-06-101-MCE.

Thereafter, on or about March 22, 2007, judgment was entered and on March 30, 2007, Mr. Martinez self-surrendered to begin serving his 40-month sentence.

1     It is hereby requested that the $50,000 secured appearance bond be
2 exonerated in the above-captioned matter and that the Clerk of the
3 United States Court for the Eastern District of California be directed
4 to reconvey back to the Trustors the deed of trust received by the
5 Clerk on or about March 17, 2006.
6 Dated:  May __, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    SONNY RUDY MARTINEZ


**ORDER**

   IT IS HEREBY ORDERED that the bond in the amount of $50,000.00 posted by Ramon L. Hernandez and Mary Hernandez, husband and wife, and Oscar Sandoval, a single man, as joint tenants, and secured by a Deed of Trust for their property located at 6600 - 24th Street, Sacramento, California, is hereby exonerated and the Clerk of the District Court is directed to reconvey back to the Trustors the deed of trust received by the Clerk on or about March 17, 2006.

 Dated: May 23, 2007

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

-2-